| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MILES, WENDELL A | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR JUDGE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>236 FEDERAL BUILDING<br>110 MICHIGAN AVENUE, N.W.<br>GRAND RAPIDS, MICHIGAN 49503 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | 0.00 |
| 2. | | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | MILES, WENDELL A | 05/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fifth Third Bank; Grand Rapids, MI | B | Dividend | L | T | | | | | |
| 2. Standard Federal Bank; Grand Rapids, MI | A | Interest | J | T | | | | | |
| 3. Federal Credit Union; Grand Rapids, MI | A | Interest | J | T | | | | | |
| 4. Kent Commerce Bank; Grand Rapids, MI | C | Interest | K | T | | | | | |
| 5. Macatawa Bank; Grand Rapids, MI (See Part VIII) | A | Interest | J | T | | | | | |
| 6. Northpointe Bank; Grand Rapids, MI | A | Interest | J | T | | | | | |
| 7. REAL ESTATE: | | | | | | | | | |
| 8. Time Share: Lake Buena Vista, FL; 1987 Appraisal | | None | J | Q | | | | | |
| 9. STOCK: | | | | | | | | | |
| 10. Petrotech (common) | A | Dividend | J | T | | | | | |
| 11. Beneficial Stds (common) | A | Dividend | J | T | | | | | |
| 12. Tesoro Petroleum (common) | A | Dividend | J | T | | | | | |
| 13. Basic Petroleum (common) | A | Dividend | J | T | | | | | |
| 14. Union Corp (common) | A | Dividend | J | T | | | | | |
| 15. Fifth Third (common) | C | Dividend | M | T | | | | | |
| 16. MUTUAL FUNDS: | | | | | | | | | |
| 17. C N A "Whole Life" Insurance policy; (See Part VIII) | A | Interest | K | T | | | | | |
| 18. FISERVE Securities; Grand Rapids, MI | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | V = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | MILES, WENDELL A | | 05/11/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

The time share in Fairfield Glades, Cumberland, TN, previously listed in Part VII, was completely sold on 7/9/2002; and has now been removed from the report.  It was incorrectly described as a partial sale on the 2002 report.

Macatawa Bank, Grand Rapids, MI (f/k/a Grand Bank), was an asset exempt from disclosure until 2002, and should have been included on the 2002 report.

(C N A) Continental Assurance Company, Nashville, TN; a "whole life" insurance policy, was inadvertently omitted from previous reports.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>MILES, WENDELL A | Date of Report<br><br>05/11/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date__**May 11, 2004**_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544